■ RICH LENDING CORP., Respondent, v ALAN BALLINGER, Appellant. [749 NYS2d 137] —Order, Supreme Court, New York County (Herman Cahn, J.), entered June 20, 2001, which granted plaintiff's motion for summary judgment in lieu of complaint, unanimously affirmed, with costs.

Defendant's affirmative defenses, including fraud in the inducement and lack of consideration, were properly rejected as too conclusory to defeat the motion (*see Bennell Hanover Assoc. v Neilson*, 215 AD2d 710). Concur—Williams, P.J., Nardelli, Tom and Lerner, JJ.